IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:21-CV-387-RJC-DCK

| ANGELA LOWE HEIDER, | ) |
| --- | --- |
| Plaintiff, | ) |
| v. | ) ORDER |
| EUGENE M. CARR, III, and CARR BLACKWELL & ASSOCIATES, P.C., | ) |
| Defendants. | ) |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding settlement of this case. The mediator, Mark Riopel, filed a "Certification Of Mediation Session" (Document No. 33) notifying the Court that the parties reached a settlement on November 8, 2023. The Court commends the mediator, counsel, and the parties for their efforts in resolving this matter.

**IT IS, THEREFORE, ORDERED** that the parties shall file a Stipulation of Dismissal in this case, or in the alternative request an extension of time to file such dismissal, on or before **December 4, 2023**.

**SO ORDERED**.

Signed: November 21, 2023

David C. Keesler
United States Magistrate Judge